

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

<u>VIA FACSIMILE</u>

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: <u>United States v. David Carmel, 07 Cr. 537 (WHP)</u>

Dear Judge Pauley:

The defendant in the above-referenced matter arrived in this District pursuant to a writ on Wednesday, January 30th, 2008, and was presented and arraigned in Magistrate's Court before the Honorable Debra Freeman on Thursday, January 31st, 2008. The Government has advised defense counsel Donald Yanella, Esq., that it is in the process of preparing discovery which will be provided to the defense by February 13th, 2008.

The Government respectfully requests that the Court schedule a pre-trial conference at the Court's convenience. In addition, because the Government will be providing discovery to the defense, and the defense will be reviewing the discovery, it is also requested that the Court exclude time until the date of the pre-trial conference in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), in order to permit the production and review of discovery.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Rosemary Nidiry
Rosemary Nidiry
Assistant U.S. Attorney
(212) 637-1063

*Application Granted. Conference Scheduled for 2-15-08 at 3:45 PM*

SO ORDERED:
WILLIAM H. PAULEY III U.S.D.J.

cc: Donald Yanella, Esq. (By Facsimile)

TOTAL P.02