| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF NEW YORK | 07 CR 537 (WHP) |
| ------------------------------------------------------X | |
| UNITED STATES OF AMERICA | NOTICE OF MOTION |
| v. | |
| | **ECF FILING** |
| DAVID CARMEL | |
| ------------------------------------------------------X | |

PLEASE TAKE NOTICE that upon the annexed declaration of Donald Yannella, Esq., the accompanying Exhibits, Memorandum of Law, and all papers and prior proceedings had herein, defendant, DAVID CARMEL, will make a motion before the United States District Court, 500 Pearl Street, New York, New York, before the Hon. William H. Pauley, on June 23, 2008 or as soon thereafter as counsel may be heard, for Orders:

    (1)  Suppressing a post-arrest statement, pursuant to Rule 12 (b)(3) of the Federal Rules of Criminal Procedure on the grounds that it was involuntary and elicited in violation of the precepts of <u>Miranda</u> and the Fifth and Sixth Amendments to the United States Constitution;

    (2) Suppressing physical evidence seized from the defendant's Wisconsin residence pursuant to state and federal search warrants on the grounds that the applications were stale, failed to establish probable cause, and were based upon inaccuracies and

falsehoods which require a Franks hearing; that evidence outside the scope of the warrant was seized; and that the inventory and return procedures of Rule 41 were intentionally disregarded;

(3) Directing the Government to disclose *Brady* and *Giglio* material;

(4) Such other and further relief as the Court deems just and appropriate.

Dated:  May 9, 2008                                              Respectfully submitted,

                                                        Donald Yannella, P.C.

                                                               /s/
                                                      By:  _____
                                                      Donald Yannella (DJY-7350)
                                                      Attorney for David Carmel
                                                      7 Dey Street, Suite 803
                                                      New York, NY  10007
                                                      (212) 226-2883

Declaration of Service

Donald Yannella, an attorney duly admitted to practice law in the United States District Court, Southern and Eastern Districts of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

(1) On May 9, 2008, I served a copy of the attached motion upon the following individual via ECF:

AUSA Rosemary Nidiry
One St. Andrew's Plaza
New York, NY 10007

Dated: May 9, 2008

/s/
_____
Donald Yannella, Esq.