USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-20-08



U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 16, 2008

**BY HAND**

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

RECEIVED
MAY 19 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:    United States v. David Carmel
           07 Cr. 537 (WHP)

Dear Judge Pauley:

    The Government respectfully submits this letter to request the Court's permission to file its response to David Carmel's Pre-Trial Motions, dated May 10th, 2008, by Friday, May 30th, in lieu of the scheduled response date of May 23rd. The requested time will permit the Government to ensure that its response properly addresses the many issues that Mr. Carmel raises. The Government would further propose that the due date for defense counsel's reply brief be then moved from June 2nd to June 9th, 2008. The Government does not anticipate that this modification of the motion schedule should affect the scheduled hearing date of June 23rd, 2008. Defense counsel, Donald Yannella, Esq., has advised me that he does not object to this request.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

               By:    /s/ Rosemary Nidiry
                         Rosemary Nidiry
                         Assistant U.S. Attorney
                         (212) 637-1063

cc:    Donald Yannella, Esq.
        By facsimile

APPLICATION GRANTED
SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III U.S.D.J.
5-19-08