UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
)
) **07 Cr. 537 (WHP)**
DAVID CARMEL, )
)
Defendant. )

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York


By: /s/ Rosemary Nidiry

Assistant United States Attorney
(212) 637-1063


TO:    Donald Yannella, Esq.