

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2008

DATE FILED: 5-29-08
DOC #:
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY

**BY HAND**

MEMO ENDORSED

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

    Re:    United States v. David Carmel
             07 Cr. 537 (WHP)

Dear Judge Pauley:

       The Government respectfully submits this letter to request a further extension of the date by which it is to file its response to David Carmel's Pre-Trial Motions, from Friday, May 30th, to Monday, June 2nd. A draft of the Government's response is substantially complete; the additional time is necessary to permit finalization and supervisory review. The Government has no objection to any extension of the due date for defense counsel's reply brief, currently scheduled for June 9th, 2008 necessitated by this request. The Government does not anticipate that this modification of the motion schedule should affect the scheduled hearing date of June 23rd, 2008. Defense counsel, Donald Yannella, Esq., has advised me that he does not object to this request.

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney

                     By:    /s/ Rosemary Nidiry
                            Rosemary Nidiry
                            Assistant U.S. Attorney
                            (212) 637-1063

cc:    Donald Yannella, Esq.
        By facsimile

APPLICATION GRANTED.
SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III U.S.D.J.
5-28-08