**MEMO ENDORSED**

**Donald Yannella, P.C.**
Attorney at Law
7 Dey Street, Suite 803
New York, NY 10007

--------------------------------

(212) 226-2883
fax: (212) 226-2861

Admitted in NY & NJ



RECEIVED
JUL -- 2008
[CHAMBERS OF]
[WILLIAM H.] PAULEY

VIA FACSIMILE

July 9, 2008

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

Re:   US v. David Carmel
      07 Cr. 537 (WHP)

Dear Judge Pauley:

I am counsel for David Carmel.

On behalf of the Government and the defense, <u>I respectfully request that time be excluded for speedy trial purposes between July 10, 2008 and August 8, 2008. The adjournment would serve the interests of justice and is necessary to allow the parties to continue in plea negotiations.</u>

Sincerely,

*[signature]*

Donald J. Yannella, Esq.

cc. AUSA Rosemary Nidiry

APPLICATION GRANTED. THE MATTER IS ADJOURNED TO AUGUST 8, 2008 AT 12:45 PM.
SO ORDERED: ~~THIS~~ SPEEDY TRIAL TIME IS EXCLUDED UNDER 18 USC 3161(h)(8)(A) IN THE INTERESTS OF JUSTICE.

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
7-10-08