

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2008

**BY HAND AND FACSIMILE**
**212-805-6390**

The Honorable William H. Pauley III
United States District Court
   for the Southern District of New York
United States Courthouse
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 9-3-08

      Re:  <u>United States v. David Carmel</u>
           07 Cr. 537 (WHP)

Dear Judge Pauley:    MEMO ENDORSED

      The Government respectfully submits this letter to request an adjournment of the conference in the above-referenced matter, presently scheduled for September 3, 2008, to a time during the week of September 22, 2008. As discussed with the Court's deputy, the Government is making this request because Assistant United States Attorney Rosemary Nidiry, who is responsible for handling this matter, has unexpectedly had to take leave because of a personal matter.

      I have spoken to Donald Yanella, Esq., counsel for the defendant. He consents to the Government's request for an adjournment. Mr. Yanella is available to appear during the week of September 22, other than two times: he has other court appearances scheduled for Thursday, September 25, at 2:45 p.m., and Friday, September 26, at 10 a.m.

      The Government further requests that time be excluded under the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B).

      We thank you in advance for your consideration of this

request.

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney

                               By: _____
                               Marcus A. Asner
                               Chief, Major Crimes Unit
                               (212) 637-2483

Copy to:  Donald Yanella, Esq.
          7 Dey Street, Suite 803
          New York, NY 10007
          212-226-2883

SO ORDERED:

*[Handwritten:]* APPLICATION GRANTED. THE ARGUMENT IS ADJOURNED TO SEPTEMBER 24, 2008 AT 2:30 P.M. IN THE INTERESTS OF JUSTICE.

WILLIAM H. PAULEY III U.S.D.J.
9-2-08